Michael A. Condyles, VSB No. 27807
Jeremy S. Williams, VSB No. 77469
**KUTAK ROCK LLP**
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
(804) 644-1700
(804) 783-6192 (facsimile)
  *Counsel for Harry Shaia, Jr., Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:  MICHAEL O. MAZURSKY, | Case No. 09-36145-KRH |
| Debtor. | Chapter 7 |
| HARRY SHAIA, JR., TRUSTEE FOR THE BANKRUPTCY ESTATE OF MICHAEL O. MAZURSKY, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 11-03093 |
| BEVERLY R. MAZURSKY, | |
| Defendant. | |

## INITIAL DISCLOSURE OF EXPERT WITNESS

Pursuant to the Rule 26(a) of the Federal Rules of Civil Procedure as incorporated by Rule 7026 of the Federal Rules of Bankruptcy Procedure, and Rule 7026-1(L) of the Local Rules of this Court, Harry Shaia, Jr., Trustee for the Bankruptcy Estate of Michael O. Mazursky, hereby discloses its experts as follows:

> Barry I. Strickland, CPA
> Barry Strickland & Company
> 9410 Atlee Commerce Boulevard
> Ashland, Virginia 23005
> Telephone: (804) 550-8500
> Facsimile:  (804) 550-8505

4847-7935-9753.1

                                    **HARRY SHAIA, JR., TRUSTEE FOR THE BANKRUPTCY ESTATE OF MICHAEL O. MAZURSKY**

                                    By: /s/ Jeremy S. Williams
                                                        Counsel

**KUTAK ROCK LLP**
Michael A. Condyles  (VSB No. 27807)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, VA  23219-3500
(804) 644-1700
(804) 783-6192 (facsimile)
michael.condyles@kutakrock.com
jeremy.williams@kutakrock.com
*Counsel for Harry Shaia, Jr., Trustee*
*for the Bankruptcy Estate of Michael O. Mazursky*

                                    **CERTIFICATE OF SERVICE**

       I certify on July 1, 2011 a true and exact copy of the Plaintiff's Rule 26(a)(1) Disclosures, was served via electronic mail on the following:

Charles H. Krumbein, Esquire
Krumbein Consumer Legal Services
1650 Willow Lawn Drive, Suite 300
Richmond, Virginia 23230
charlesh@krumbein.com
*Counsel to Beverly Mazursky*


                                           By: /s/ Jeremy S. Williams
                                                        Counsel